No. 00–130. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER v. WHITE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1788. PFIZER, INC. v. TEXAS PROPERTY AND CASUALTY INSURANCE GUARANTY ASSN. C. A. 5th Cir. Motion of International Policyholders Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 99–1817. MCI TELECOMMUNICATIONS CORP. ET AL. v. ACCESS TELECOM, INC.;

No. 99–1822. SBC COMMUNICATIONS, INC., ET AL. v. ACCESS TELECOM, INC.; and

No. 99–1824. TELEFONOS DE MEXICO, S. A. DE C. V. v. ACCESS TELECOM, INC. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions. Reported below: 197 F. 3d 694.

No. 99–9618. LICHTER v. MCI WORLDCOM COMMUNICATIONS, INC. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–71. MEAD JOHNSON & CO. v. ABBOTT LABORATORIES. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1852. SKLAROFF v. PENNSYLVANIA, BY FISHER, ATTORNEY GENERAL, ET AL. (two judgments). Commw. Ct. Pa. Motion of Jon D. Fox for leave to file a brief as *amicus curiae* denied. Motion of petitioner for sanctions denied. Certiorari denied.

No. 99–1880. FREEMAN ET AL. v. BURLINGTON BROADCASTERS, INC., DBA WIZN, ET AL. C. A. 2d Cir. Motion of James Jeffords et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.